**DOCKET NUMBER**: CR 10-615 (NGG)

**CRIMINAL CAUSE FOR SENTENCING**

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>  **DATE**: APRIL 30, 2015  **TIME IN COURT** __ HRS  60 MINS
@ 11:30 AM.

**1. DEFENDANT**: ALEGENIS CARABALLO

Present X   Not Present        Custody  X    Not Custody

**DEFENSE COUNSEL**: ERIC CREIZMAN
  FEDERAL DEFENDER:      CJA:  X      RETAINED:

**2. DEFENDANT**:
Present   Not Present      Custody     Not Custody

**DEFENSE COUNSEL**:
  FEDERAL DEFENDER:      CJA:    RETAINED:

**3. DEFENDANT**:
**Present   Not Present   Custody      Not Custody**

**DEFENSE COUNSEL**:
**FEDERAL DEFENDER:  CJA:    RETAINED:**


**A.U.S.A.**: SHREVE ARIAIL


**COURT REPORTER: WENDY RICARD**
**INTERPRETER:    LANGUAGE:**

- ☐  Change of Plea Hearing (*~Util-Plea Entered*)  ☐ Revocation of Probation contested
- ☐  Arraignment                                    ☐ Sentencing on a violation
- ☐    Bail Appeal                                  ☐ Motion Hearing
- ☐  Violation                                      ☐ Hearing
- ☐    Status Conference                            X  Sentencing
- ☐    Bail Violation Hearing                       ☐ Motion for sentence reduction
- ☐    Voir Dire Begun                              ☐ Oral Argument
- ☐    Voir Dire Held         Jury selection        ☐ Jury trial
- ☐    Jury Trial Death Penalty  ☐   Sentence enhancement Phase       ☐    Bench Trial Begun

**Speedy Trial Start:   Speedy Trial Stop:   CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?**     YES                   NO   X

SENTENCING HELD; THE JUDGMENT IS STAYED FOR 60 DAYS OR UNTIL THE PARTIES NOTIFY THE COURT THAT THE JUDGMENT SHOULD BE ISSUED. THE TRANSCRIPT OF THIS PROCEEDING SHALL BE FILED UNDER SEAL.